No. 77–6524. SNYDER *v.* SNYDER ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–6534. LYON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 77–6565. DELAY *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 77–6593. CARTER *v.* EXECUTIVE BRANCH OF THE UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–6606. WRIGHT *v.* ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 77–6633. PIERCE *v.* INDIANA ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–6672. FRIST *v.* WALKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–689. INDIANA & MICHIGAN ELECTRIC Co. *v.* CITY OF MISHAWAKA, INDIANA, ET AL. C. A. 7th Cir. Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 77–1015. PRATE ET AL. *v.* FREEDMAN, CITY MANAGER OF THE CITY OF ROCHESTER, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–1106. O'BRIEN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 77–1408. DANDO ENTERPRISES, LTD. *v.* PRITCHETT ET AL. C. A. 8th Cir. Motion of respondent for damages and certiorari denied.